IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MILTON AL STEWART**, Acting Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br><br> vs. <br><br> ADVANCED DISPOSAL SERVICES SOLID WASTE MIDWEST, LLC, <br><br> Defendant. | Case No. 1:20-cv-06967 <br><br> Honorable Manish S. Shah |

**CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2, Defendant Advanced Disposal Services Solid Waste Midwest, LLC, states as follows:

1. Advanced Disposal Services Solid Waste Midwest, LLC, is wholly owned by Advanced Disposal Services Midwest, LLC.

2. Advanced Disposal Services Midwest, LLC, is wholly owned by HWStar Holdings Corp., which is wholly owned by Advanced Disposal Services, Inc., which is wholly owned by Waste Management Holdings, Inc., which is wholly owned by Waste Management, Inc.

3. Waste Management, Inc. is a publicly traded company.

4. The Vanguard Group, Blackrock Inc., and William H. Gates III each own more than 5% of the shares of Waste Management, Inc.

Dated: February 1, 2021            Respectfully submitted,

                                                                     ADVANCED DISPOSAL SERVICES
                                                                       SOLID WASTE MIDWEST, LLC,

                                                                       By: */s/ Anne S. Kenney*
                                                                           Anne S. Kenney

Anne S. Kenney
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
(312) 222-9350
AKenney@jenner.com

## CERTIFICATE OF SERVICE

      I, Anne S. Kenney, hereby certify that on February 1, 2021, I electronically filed the foregoing **Advanced Disposal Services Solid Waste Midwest, LLC's Corporate Disclosure Statement and Notification of Affiliates** via the Court's CM/ECF system, which will deliver electronic notice of filing to all counsel of record.

                                                    /s/ Anne S. Kenney

Anne S. Kenney
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
(312) 222-9350
AKenney@jenner.com